■ Paul E. Gillette et al., Respondents, v Estate of Ivan H. Enstrom, Deceased, by Elizabeth P. Enstrom, as Executor, Appellant. (Appeal No. 1.) [24 NYS3d 551]—Appeal from an order of the Supreme Court, Livingston County (Dennis S. Cohen, A.J.), entered July 8, 2014. The order granted plaintiffs' motion for partial summary judgment.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on December 7 and 21, 2015,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Smith, J.P., Carni, Lindley and DeJoseph, JJ.

■ Paul E. Gillette et al., Respondents, v Estate of Ivan H. Enstrom, Deceased, by Elizabeth P. Enstrom, as Executor, Appellant. (Appeal No. 2.) [24 NYS3d 552]—Appeal from an amended order of the Supreme Court, Livingston County (Dennis S. Cohen, A.J.), entered September 11, 2014. The amended order granted plaintiffs' motion for partial summary judgment.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on December 7 and 21, 2015,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Smith, J.P., Carni, Lindley and DeJoseph, JJ.

■ In the Matter of Dion John, Petitioner, v Anthony Annucci, Acting Commissioner, New York State Department of Corrections and Community Supervision, Respondent. [24 NYS3d 552]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Wyoming County [Michael M. Mohun, A.J.], entered July 14, 2015) to review a determination of respondent. The determination found after a tier III hearing that petitioner had violated various inmate rules.

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed. Present—Centra, J.P., Peradotto, Lindley, DeJoseph and Scudder, JJ.